UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERONICA COOK, as Independent Administrator of the Estate of LONTRELL MONTLEY, Deceased,<br><br>Plaintiff,<br><br>versus<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 14 cv 7780 |

**ORDER APPROVING SETTLEMENT, DISTRIBUTION
AND DISMISSAL WITH PREJUDICE**

THIS CAUSE COMING TO BE HEARD ON Plaintiff's Petition for Approval of Settlement in the amount of $500,000.00, distribution and dismissal. THIS COURT BEING FULLY ADVISED IN THE PREMISES FINDS AND ORDERS AS FOLLOWS:

1. That the Wrongful Death Action claims against Defendant The United States of America are settled $500,000.00 to be paid by and/or on behalf of the Defendant.

2. That the Survival Action claims against Defendant The United States of America are dismissed with prejudice and without costs.

3. This Court hereby finds pursuant to the Affidavit of Heirship and consent forms executed by the heirs of Lontrell Montley, Deceased, the total settlement amount of $500,000.00 is fair and reasonable.

4. Pursuant to a fee agreement between the attorneys and the Plaintiff, the attorneys for the Plaintiff, Levin & Perconti and Pintas & Mullins are entitled to total fees in the amount of $125,000.00 to be apportioned as follows:

        1/4 of $500,000.00    = $125,000.00
        Levin & Perconti      = $62,500.00
        Pintas & Mullins      = $62,500.00

5. Pursuant to consent forms executed by the heirs of Lontrell Montley, Deceased, said fees are fair, reasonable, approved.

6. That Levin & Perconti attorneys for the Plaintiff, are entitled to reimbursement of expenses

attributable to this lawsuit in the amount of $11,289.72 which are itemized as follows:

| LEVIN & PERCONTI COSTS | AMOUNT |
|---|---|
| Medical Records | $25.77 |
| McCorkle Deposition Transcript of Patricia Villarruel | $381.45 |
| Orlando Snead, MD (Expert) | $5,400.00 |
| David Acker, MD (Expert) | $4,800.00 |
| Video Instanter Deposition of Patricia Villarruel | $682.50 |
| TOTAL | $11,289.72 |

7. This Court hereby finds that after reduction of attorney's fees, and reimbursement of litigation expenses, the net settlement proceeds is $363,710.28.

8. This Court hereby finds pursuant to Affidavit of Heirship, consent forms executed by Lontrell Montley's next of kin, the percentages of dependency are as follows:

| NAME OF HEIR | % |
|---|---|
| Veronica Cook | 25% |
| Lonnie Lee Montley | 25% |
| Tyshawn Cook-Brown | 10% |
| Lonnie Montley, Jr. | 10% |
| Lonnell Montley | 10% |
| LaDarius Montley | 10% |
| Lunhyia Montley | 10% |
| TOTAL | 100% |

9. This Court hereby finds pursuant to Affidavit of Heirship, consent forms executed by Lontrell Montley's next of kin the total Wrongful Death Act settlement proceeds of 363,710.28 is to be apportioned as follows:

| NAME OF HEIR | % | AMOUNT |
|---|---|---|
| Veronica Cook | 25% | $ 90,927.57 |
| Lonnie Lee Montley | 25% | $ 90,927.57 |
| Tyshawn Cook-Brown | 10% | $ 36,371.03 |
| Lonnie Montley, Jr. | 10% | $ 36,371.03 |
| Lonnell Montley | 10% | $ 36,371.03 |
| LaDarius Montley | 10% | $ 36,371.03 |
| Lunhyia Montley | 10% | $ 36,371.02 |
| TOTAL | 100% | $ 363,710.28 |

10. This Court hereby finds pursuant to the Affidavit of Heirship, and executed consent forms, the total settlement of $500,000.00 is approved, and is to be allocated as follows:

| DISTRIBUTION | AMOUNT |
|---|---|
| Levin & Perconti Attorney's Fees (50%) | $62,500.00 |
| Pintas & Mullins Attorney's Fees (50%) | $62,500.00 |
| Levin & Perconti Reimbursement of Litigation Costs | $11,289.72 |
| Veronica Cook | $90,927.57 |
| Lonnie Lee Montley | $90,927.57 |
| Tyshawn Cook-Brown | $36,371.03 |
| Lonnie Montley, Jr. | $36,371.03 |
| Lonnell Montley | $36,371.03 |
| LaDarius Montley | $36,371.03 |
| Lunhyia Montley | $36,371.02 |
| **TOTAL** | **$500,000.00** |

11. The case against Defendant The United States of America is dismissed with prejudice and without costs.

IT IS THEREFORE ORDERED that the settlement is approved contingent on subsequent review and approval in the Probate Division. This Order shall be effective only after the entry of such an Order by the Probate Division.

**June 22, 2016**
**ENTER:**

*Edmond E. Chang*

**Judge**